AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

| | |
|---|---|
| SHEPARDVILLE CONSTRUCTION, LLC, | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  7:12 cv 3347 |
| J.K. SCANLAN COMPANY, INC. and ARCH | ) |
| INSURANCE COMPANY, | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  J.K. Scanlan Company, Inc.      Arch Insurance Company
15 Research Road                        3 Parkway, Suite 1500
Falmouth Technology Park                Philadelphia, PA 19102
East Falmouth, Massachusetts 02536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George Sitaras, Esq.
Sitaras & Associates, P.C.
33 Whitehall Street, 16th Floor
New York, New York 10004
(212) 430-6410

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT     RUBY J. KRAJICK

*Jessica Doos*

Date: _____06/18/2012_____         _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   7:12 cv 3347

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  J.K. Scanlan Company, Inc.
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* by serving in-hand upon Marie A. Walker,
Registered Agent for J.K. Scanlan Company, Inc., 15
Research Road, East Falmouth, MA @ 10:20 a.m.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:  6/20/12

_____
Server's signature

Thomas C. Hyslop
Printed name and title

**Process Server & Disinterested Person**
92 State St., Boston, MA 02109
Server's address

Additional information regarding attempted service, etc:

Documents Served:
1. Summons; and
2. Third Amended Verified Complaint