USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/12/13

# SITARAS & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
NEW YORK AND NEW JERSEY

33 WHITEHALL STREET, 16TH FLOOR
NEW YORK, NEW YORK 10004

TELEPHONE:   212.430.6410
FACSIMILE:   917.677.8276
E-MAIL:      GEORGE@SITARASLAW.COM

November 11, 2013

The application is ✓ granted. __ denied.

Edgardo Ramos, U.S.D.J.
Dated: 11/12/13
New York, New York 10007

**VIA FACSIMILE (212-805-7943)**
Hon. Edgardo Ramos, U.S.D.J.
United States Courthouse
40 Foley Square, Room 619
New York, New York 10007

Re: *Shawnlee Construction, LLC v. J.K. Scanlan Company, Inc. et ano.*
    Case No. 7:12-cv-03346-ER

*Shepardville Construction, LLC v. J.K. Scanlan Company, Inc. et ano.*
Case No. 7:12-cv-03347-ER

Dear Judge Ramos:

We represent plaintiffs Shawnlee Construction, LLC ("Shawnlee") and Shepardville Construction, LLC ("Shepardville") (collectively, the "Plaintiffs") in the above referenced related matters. We are writing to request that the deadline to file opposition papers to Arch Insurance Company's ("Arch") motion for summary judgment be extended from November 12, 2013 to November 19, 2013. In addition, we request that the deadline for Arch to file its reply papers in connection with its summary judgment motion be extended from November 26, 2013 to December 6, 2013. Arch has consented to the extensions in time. This is the first request for an extension of time in relation to the Arch's summary judgment motion. Thank you.

Respectfully submitted,

George Sitaras

cc:   Lawrence Novak, Esq. (via email)